# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2558
_____

DERRICK GRAHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

October 23, 2018


PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Derrick Graham, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.